# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2025

## NO. 03-25-00056-CV

**Heidi Huffman-Stetson, Appellant**

**v.**

**Phyllis Renee Dean, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on November 12, 2024. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.